UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PETER ERIC STEINKE and ESTATE OF ADRIANA STEINKE<br>Appellants,<br><br>v.<br><br>HARRIS VENTURES, INC. and BANKRUPTCY ADMINISTRATOR<br>Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>No. 5:24-CV-613-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appellants' motion for leave to appeal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 5, 2024, and for the reasons set forth more specifically therein, that the court denies plaintiff's motion for leave to appeal. Appellant's appeal accordingly is dismissed.

**This Judgment Filed and Entered on December 5, 2024, and Copies To:**

Travis Phillip Sasser (via CM/ECF Notice of Electronic Filing)
Stephanie Elizabeth Goodbar / Kelly Newcomb (via CM/ECF Notice of Electronic Filing)


December 5, 2024        PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk